Michael F. Ram, SBN #104805
Email: mram@rocklawcal.com
Susan S. Brown, SBN #287986
Email: sbrown@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs*

# U.S. DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHAN BURGOON and CALEB LANDERS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> NARCONON OF NORTHERN CALIFORNIA d/b/a NARCONON REDWOOD CLIFFS, HALCYON HORIZONS, a California Corporation; NARCONON FRESH START d/b/a WARNER SPRINGS, a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL, a California Corporation; NARCONON WESTERN UNITED STATES, a California Corporation;  NARCONON INTERNATIONAL, a California Corporation; and DOES 1-100, ROE Corporations I – X, inclusive, <br><br> Defendants. | NO. 3:15-cv-01381-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER ALTERING BRIEFING SCHEDULE FOR MOTIONS TO COMPEL ARBITRATION OR DISMISS COMPLAINT** <br><br> Hon. Edward M. Chen <br><br> JURY TRIAL DEMAND <br><br> Complaint Filed: March 25, 2015 <br><br> DATE: July 2, 2015 <br> TIME: 1:30 p.m. <br> LOCATION: Courtroom 5, 17th Floor |

STIPULATION AND [PROPOSED] ORDER ALTERING
BRIEFING SCHEDULE FOR MOTIONS TO COMPEL
ARBITRATION OR DISMISS COMPLAINT - 1
CASE NO. 3:15-cv-01381-EMC

## I. RECITALS

Defendants Association for Better Living and Education International, Narconon Western United States, Narconon International, and Narconon Fresh Start filed a motion to compel arbitration or in the alternative to dismiss the complaint on May 22, 2015. Dkt. No. 27. Defendant Halcyon Horizon, Inc. dba Narconon Northern California and dba Narconon Redwood Cliffs (collectively "Defendants), also filed a similar motion on that same date. Dkt. No. 25.

Plaintiffs requested, and Defendants agreed, to extend the briefing schedule for Plaintiffs' opposition to these motions by one week – from June 5, 2015 to June 12, 2015. Likewise, Defendants requested, and Plaintiffs agreed, to extend the briefing schedule for Defendants' reply brief by an additional week – from June 12 to June 26, 2015. Under this stipulation the hearing date would not change but would remain July 2, 2015 at 1:30 p.m.

## II. STIPULATION

Therefore, the parties stipulate to the following briefing schedule for Defendants' motions:

Plaintiffs' Oppositions Due:  June 12, 2015

Defendants' Replies Due:  June 26, 2015

Hearing Date:  ~~July~~ 2, 2015, at 1:30 p.m.

`July 23`

STIPULATION AND [PROPOSED] ORDER ALTERING
BRIEFING SCHEDULE FOR MOTIONS TO COMPEL
ARBITRATION OR DISMISS COMPLAINT - 2
CASE NO. 3:15-CV-01381-EMC

1  STIPULATED, DATED AND RESPECTFULLY SUBMITTED this 4th day of June,

2  2015.

| | |
|---|---|
| TERRELL MARSHALL DAUDT & WILLIE PLLC | SCHEPER KIM & HARRIS LLP |
| By: /s/ Mary B. Reiten, SBN #203142<br>Beth E. Terrell, SBN #178181<br>Email: bterrell@tmdwlaw.com<br>Mary B. Reiten, SBN #203142<br>Email: mreiten@tmdwlaw.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br>Facsimile: (206) 350-3528<br><br>Michael F. Ram, SBN #104805<br>Email: mram@rocklawcal.co<br>Susan S. Brown, SBN #287986<br>Email: sbrown@rocklawcal.com<br>RAM, OLSON, CEREGHINO & KOPCZYNSKI<br>555 Montgomery Street, Suite 820<br>San Francisco, California 94111<br>Telephone: (415) 433-4949<br>Facsimile: (415) 433-7311<br><br>David E. Miller, SBN #294095<br>Email: david@sllawfirm.com<br>Syed Ali Saeed, *Admitted Pro Hac Vice*<br>Email: ali@sllawfirm.com<br>SAEED & LITTLE LLP<br>1433 North Meridian Street, Suite 202<br>Indianapolis, Indiana 46202<br>Telephone: (317) 721-9214<br>Facsimile: (888) 422-3151<br><br>*Attorneys for Plaintiffs* | By: /s/ William H. Forman, SBN #150477<br>William H. Forman, SBN #150477<br>Email: wforman@scheperkim.com<br>601 West 5th Street, 12th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 613-4682<br>Facsimile: (213) 613-4656<br><br>*Attorneys for Defendants Narconon Int'l, Narconon Fresh Start d/b/a WarnerSprings and Association for Better Living and Education* |

STIPULATION AND [PROPOSED] ORDER ALTERING
BRIEFING SCHEDULE FOR MOTIONS TO COMPEL
ARBITRATION OR DISMISS COMPLAINT - 3
CASE NO. 3:15-CV-01381-EMC

1 | GRUNSKY, EBEY, FARRAR & HOWELL
2 |
3 | By: /s/ Dennis P. Howell, SBN #78806
   |    Dennis P. Howell, SBN #78806
   |    Email: dphowell@grunskylaw.com
4 |    Rosemary Rovick
   |    Email: rrovick@grunskylaw.com
5 |    240 Westgate Drive
6 |    Watsonville, California 95076
   |    Telephone: (831) 722-2444
7 |    Facsimile: (831) 722-6153

*Attorneys for Defendants Halcyon Horizons, Inc. dba Narconon of Northern California and dba Narconon Redwood Cliffs*

### III. [PROPOSED] ORDER

PURSUANT TO STIPULATION IT IS SO ORDERED.   (modified above)

Dated this  5th  day of  June  , 2015.

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER ALTERING
BRIEFING SCHEDULE FOR MOTIONS TO COMPEL
ARBITRATION OR DISMISS COMPLAINT - 4
CASE NO. 3:15-CV-01381-EMC

CERTIFICATE OF SERVICE

I, Mary B. Reiten, hereby certify that on June 4, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>William H. Forman, SBN #150477
>Email:  wforman@scheperkim.com
>SCHEPER KIM & HARRIS LLP
>601 West 5th Street, 12th Floor
>Los Angeles, California 90071
>Telephone:  (213) 613-4682
>Facsimile:  (213) 613-4656
>
>*Attorneys for Defendants Narconon Int'l, Narconon Fresh Start d/b/a WarnerSprings and Association for Better Living and Education*
>
>Dennis P. Howell, SBN #78806
>Email:  dphowell@grunskylaw.com
>Rosemary Rovick
>Email:  rrovick@grunskylaw.com
>GRUNSKY, EBEY, FARRAR & HOWELL
>240 Westgate Drive
>Watsonville, California 95076
>Telephone: (831) 722-2444
>Facsimile:  (831) 722-6153
>Email:  dphowell@grunskylaw.com
>
>*Attorneys for Defendants Halcyon Horizons, Inc. dba Narconon of Northern California and dba Narconon Redwood Cliffs*

DATED this 4th day of June, 2015.

| | |
|---|---|
| 1 | TERRELL MARSHALL DAUDT & WILLIE PLLC |
| 2 | |
| 3 | By: /s/ Mary B. Reiten, SBN #203142 |
| | Mary B. Reiten, SBN #203142 |
| 4 | Email: mreiten@tmdwlaw.com |
| | 936 North 34th Street, Suite 300 |
| 5 | Seattle, Washington 98103-8869 |
| | Telephone: (206) 816-6603 |
| 6 | Facsimile: (206) 350-3528 |
| 7 | |
| | *Attorneys for Plaintiffs* |
| 8 | |

STIPULATION AND [PROPOSED] ORDER ALTERING
BRIEFING SCHEDULE FOR MOTIONS TO COMPEL
ARBITRATION OR DISMISS COMPLAINT - 6
CASE NO. 3:15-CV-01381-EMC