Michael F. Ram (SBN 104805)
mram@rocklawcal.com
Susan S. Brown (SBN 287986)
sbrown@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI
101 Montgomery Street, Suite 1800
San Francisco, CA  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311
*[Additional Counsel on Signature Page]*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN BURGOON and CALEB LANDERS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NARCONON OF NORTHERN CALIFORNIA d/b/a NARCONON REDWOOD CLIFFS, HALCYON HORIZONS, a California Corporation; NARCONON FRESH START d/b/a WARNER SPRINGS, a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL, a California Corporation; NARCONON WESTERN UNITED STATES, a California Corporation;  NARCONON INTERNATIONAL, a California Corporation; and DOES 1-100, ROE Corporations I – X, inclusive,<br><br>Defendants. | Case No.: 3:15-cv-01381-EMC<br><br>**PLAINTIFFS' TRIAL WITNESS LIST**<br><br>Bench Trial: January 4, 2015<br>Time:         9:00am<br>Judge:       Hon. Edward M. Chen<br><br>**Complaint Filed:  March 25, 2015**<br><br>**JURY TRIAL DEMANDED** |

Pursuant to the Court's October 2, 2015 Order Re Trial on Mental Capacity and Undue Influence, Plaintiffs respectfully submit the following list of witnesses they expect to call at the January 4, 2016 bench trial as follows. For those witnesses expected to testify by way of deposition designations, Plaintiffs anticipate only brief transcript excerpts will be necessary.

---

Case No. 3:15-cv-01381-EMC – PLAINTIFFS' TRIAL WITNESS LIST

1

| WITNESSES LIKELY TO BE CALLED IN PERSON | | |
|---|---|---|
| **WITNESS** | **SUBSTANCE OF TESTIMONY** | **EST. TESTIMONY LENGTH** |
| Nathan R. Burgoon | Mr. Burgoon will testify on his history of drug addiction and on his admission and re-admission to Narconon, including: his use of heroin and other drugs and related intoxication and withdrawal; his mental and physical state; his comprehension of the arbitration clause; his interactions with Narconon representatives; his history of post-traumatic stress disorder (PTSD) and his experience of PTSD during the Narconon admission and readmission process. | 1 hour, including cross examination |
| Caleb Landers | Mr. Landers will testify on his history of drug addiction and on his admission to Narconon, including: his use of heroin and other drugs and related intoxication and withdrawal; his mental and physical state; his comprehension of the arbitration clause; and his interactions with Narconon representatives. | 1 hour, including cross examination |
| Dr. David Smith | Dr. Smith will testify on the medical effects of heroin and opioid addiction and withdrawal, and on the medical condition of Caleb Landers' and Nathan Burgoon during Narconon admissions and/or re-admission processes. His conclusions are that Mr. Burgoon and Mr. Landers' abilities to understand the arbitration clauses were substantially compromised by opioid-related disorder, because this disorder, including intoxication and withdrawal, negatively affects the frontal cortex of the brain directly in ways that impacts cognitive functioning. | 1 hour, including cross examination |
| Stacy Gundmusson | Ms. Gundmusson will testify regarding NFS' policies and procedures regarding admission of new students and their placement and treatment in the withdrawal house. She will also testify regarding her understanding, or lack thereof, of arbitration and the arbitration clause. | n/a - Deposition Designations |

| WITNESSES LIKELY TO BE CALLED IN PERSON | | |
|---|---|---|
| **WITNESS** | **SUBSTANCE OF TESTIMONY** | **EST. TESTIMONY LENGTH** |
| Kirill Chapurski | Mr. Chapurski will testify regarding his encounters with Caleb Landers on the day of his admission. | n/a - Deposition Designations |
| Tiffany Bogart | Ms. Bogart will testify regarding her encounter with Caleb Landers while filling out intake paperwork, and NFS' policy of having only guarantors initial the arbitration clause in the admissions agreement. | n/a - Deposition Designations |
| Jacob Lopez | Mr. Lopez will testify about his encounters with Nathan Burgoon on the day of his admission. | n/a - Deposition Designations |
| Sara Lopez | Ms. Lopez will testify about her encounters with Nathan Burgoon on the day of his admission. | n/a - Deposition Designations |
| Jesse Quaid | Mr. Quaid's deposition is set to take place Dec. 8, 2015.  It is anticipated that he will testify regarding his interactions with Mr. Burgoon on July 27 and August 3, 2014 and NNC's policies and procedures for admission and readmission of students. | n/a - Deposition Designations |
| Leslie Ryan | Ms. Ryan's deposition is set to take place Dec. 15, 2015. It is anticipated that she will testify regarding her interactions with Nathan Burgoon between July 27 and August 3, 2014. | n/a - Deposition Designations |
| William Harris | Mr. Harris' deposition is set to take place Dec. 15, 2015. It is anticipated that he will testify regarding his interactions with Mr. Burgoon between July 27 and August 5, and NNC's policies and procedures for admission and readmission of students. | n/a - Deposition Designations |
| Ashley Regalia | Ms. Regalia's deposition is set to take place Dec. 8, 2014.  It is anticipate she will testify regarding her observations of Mr. Burgoon during the intake process. | n/a - Deposition Designations |

RESPECTFULLY SUBMITTED AND DATED this 7th day of December, 2015.

TERRELL MARSHALL LAW GROUP PLLC


By:   /s/ Beth E. Terrell, SBN #178181
Beth E. Terrell, SBN #178181
Email:  bterrell@terrellmarshall.com
Mary B. Reiten, SBN #203412
Email:  mreiten@terrellmarshall.com
Adrienne D. McEntee, *Admitted Pro Hac Vice*
Email:  amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603
Facsimile:  (206) 319-5450

Michael F. Ram, SBN #104805
Email:  mram@rocklawcal.com
Susan S. Brown, SBN #287986
Email:  sbrown@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI
101 Montgomery Street, Suite 1800
San Francisco, California  94104
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

David E. Miller, SBN #294095
Email:  david@sllawfirm.com
Syed Ali Saeed, *Admitted Pro Hac Vice*
Email:  ali@sllawfirm.com
SAEED & LITTLE LLP
1433 North Meridian Street, Suite 202
Indianapolis, Indiana  46202
Telephone:  (317) 721-9214
Facsimile:  (888) 422-3151

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on December 7, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>David C. Scheper, SBN #120174
>Email:  dscheper@scheperkim.com
>William H. Forman, SBN #150477
>Email:  wforman@scheperkim.com
>Gregory A. Ellis, SBN #204478
>Email:  gellis@scheperkim.com
>Margaret E. Dayton, SBN #274353
>Email:  pdayton@scheperkim.com
>SCHEPER KIM & HARRIS LLP
>601 West 5th Street, 12th Floor
>Los Angeles, California 90071
>Telephone:  (213) 613-4682
>Facsimile:  (213) 613-4656
>
>*Attorneys for Defendants Narconon Int'l, Narconon Fresh Start d/b/a WarnerSprings and Association for Better Living and Education*
>
>Dennis P. Howell, SBN #78806
>Email:  dphowell@grunskylaw.com
>Rosemary Rovick
>Email:  rrovick@grunskylaw.com
>GRUNSKY, EBEY, FARRAR & HOWELL
>240 Westgate Drive
>Watsonville, California 95076
>Telephone: (831) 722-2444
>Facsimile:  (831) 722-6153
>
>Thomas G. Beatty, SBN #75794
>Email:  thomas.beatty@mcnamaralaw.com
>McNAMARA, NEY, BEATTY, SLATTERY, BORGES AND ARNBACHER
>1211 Newell Avenue
>Walnut Creek, California  94596
>Telephone:  (925) 939-5330
>Facsimile:  (925) 939-0203
>
>*Attorneys for Defendants Halcyon Horizons, Inc. dba Narconon of Northern California and dba Narconon Redwood Cliffs*

DATED this 7th day of December, 2015.

                    TERRELL MARSHALL LAW GROUP PLLC

                    By:   /s/ Beth E. Terrell, SBN #178181
                          Beth E. Terrell, SBN #178181
                          Email:  bterrell@terrellmarshall.com
                          936 North 34th Street, Suite 300
                          Seattle, Washington  98103-8869
                          Telephone:  (206) 816-6603
                          Facsimile:  (206) 319-5450

*Attorneys for Plaintiffs*