UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN BURGOON, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>NARCONON OF NORTHERN CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 15-cv-01381-EMC<br><br>**ORDER RE DEFENDANTS' OBJECTIONS**<br><br>Docket No. 88 |

The Court has received Defendants' objections to Plaintiffs' expert. At this point, the Court shall not rule on the objections but orders as follows:

(1) Defendants shall be permitted to take the deposition of Plaintiffs' expert. The parties shall immediately meet and confer to set up a date, time, and place for the deposition.

(2) Plaintiffs shall produce to Defendants the facts or data considered by the expert in forming his opinions. See Fed. R. Civ. P. 26(a)(2)(B). Documents shall be produced at least five (5) business days prior to the deposition.

**IT IS SO ORDERED**.

Dated: December 11, 2015

_____
EDWARD M. CHEN
United States District Judge