1   Michael F. Ram, SBN #104805
    Email:  mram@rocklawcal.com
2   Susan S. Brown, SBN #287986
    Email:  sbrown@rocklawcal.com
3   RAM, OLSON, CEREGHINO & KOPCZYNSKI
4   101 Montgomery Street, Suite 1800
    San Francisco, California  94104
5   Telephone:  (415) 433-4949
    Facsimile:  (415) 433-7311
6
7   [Additional Counsel Appear on Signature Page]

8   *Attorneys for Plaintiffs*

9
                        UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
                            SAN FRANCISCO DIVISION
11

12  NATHAN BURGOON and CALEB LANDERS,
    on behalf of themselves and all others similarly
13  situated,                                          NO. 3:15-cv-01381-EMC

14                      Plaintiffs,                     **STIPULATION AND [~~PROPOSED~~]**
                                                        **ORDER REGARDING THE**
15              vs.                                     **AUTHENTICITY AND**
                                                        **ADMISSIBILITY OF CERTAIN**
16                                                      **DOCUMENTS**
    NARCONON OF NORTHERN CALIFORNIA
17  d/b/a NARCONON REDWOOD CLIFFS,
    HALCYON HORIZONS, a California
18  Corporation; NARCONON FRESH START           Hon. Edward M. Chen
    d/b/a WARNER SPRINGS, a California
19  Corporation; ASSOCIATION FOR BETTER         JURY TRIAL DEMAND
    LIVING AND EDUCATION
20  INTERNATIONAL, a California Corporation;     Complaint Filed:  March 25, 2015
    NARCONON WESTERN UNITED STATES, a
21  California Corporation;  NARCONON           DATE:          January 4, 2016
    INTERNATIONAL, a California Corporation;    TIME:
22  and DOES 1-100, ROE Corporations I – X,     LOCATION:   Courtroom 5, 17th Floor
    inclusive,
23
24                      Defendants.

25

26

27

    STIPULATION AND [PROPOSED] ORDER REGARDING THE AUTHENTICITY
    AND ADMISSIBILITY OF CERTAIN DOCUMENTS - 1
    CASE NO. 3:15-CV-01381-EMC

# I.  STIPULATION

WHEREAS a one-day bench trial is scheduled for January 4, 2016, in which Plaintiffs collectively shall have three hours to present evidence and testimony, and Defendants shall collectively have three hours to present evidence and testimony; and

WHEREAS the parties have worked cooperatively toward an agreement that will minimize the amount of foundational testimony required at the January 4, 2016 bench trial, and therefore maximize the time allotted to each side to present evidence and testimony.

NOW THEREFORE, the parties hereby stipulate that the following documents are authentic and are business records within the meaning of the Federal Rules of Evidence: Documents that appear to have been created as part of ordinary business activities and produced during discovery, specifically, documents with the bates ranges NNC 0001 – 0001120; NNFS-LANDERS_000001-000230; and IUC-LANDERS 000001-000017.

STIPULATED, DATED AND RESPECTFULLY SUBMITTED this 10th day of December, 2015.

TERRELL MARSHALL LAW        SCHEPER KIM & HARRIS LLP
  GROUP PLLC

By:   /s/ Beth E. Terrell, SBN #178181        By: /s/ Gregory A. Ellis, SBN #204478
   Beth E. Terrell, SBN #178181        David C. Scheper, SBN #120174
   Email:  bterrell@terrellmarshall.com        Email:  dscheper@scheperkim.com
   Mary B. Reiten, SBN #203412        William H. Forman, SBN #150477
   Email:  mreiten@terrellmarshall.com        Email:  wforman@scheperkim.com
   Adrienne D. McEntee, *Admitted Pro*        Gregory A. Ellis, SBN #204478
    *Hac Vice*        Email:  gellis@scheperkim.com
   Email:  amcentee@terrellmarshall.com        Margaret E. Dayton, SBN #274353
   936 North 34th Street, Suite 300        Email:  pdayton@scheperkim.com
   Seattle, Washington  98103-8869        601 West 5th Street, 12th Floor
   Telephone:  (206) 816-6603        Los Angeles, California 90071
   Facsimile:  (206) 319-5450        Telephone:  (213) 613-4682
            Facsimile:  (213) 613-4656

*Attorneys for Defendants Narconon Int'l,*
*Narconon Fresh Start d/b/a WarnerSprings*
*and Association for Better Living and*
*Education*

STIPULATION AND [PROPOSED] ORDER REGARDING THE AUTHENTICITY
AND ADMISSIBILITY OF CERTAIN DOCUMENTS - 2
CASE NO. 3:15-cv-01381-EMC

1  Michael F. Ram, SBN #104805
   Email:  mram@rocklawcal.com
2  Susan S. Brown, SBN #287986
   Email:  sbrown@rocklawcal.com
3  RAM, OLSON, CEREGHINO
     & KOPCZYNSKI
4  101 Montgomery Street, Suite 1800
   San Francisco, California  94104
5  Telephone:  (415) 433-4949
   Facsimile:  (415) 433-7311
6
7  David E. Miller, SBN #294095
   Email:  david@sllawfirm.com
8  Syed Ali Saeed, *Admitted Pro Hac Vice*
   Email:  ali@sllawfirm.com
9  SAEED & LITTLE LLP
   1433 North Meridian Street, Suite 202
10 Indianapolis, Indiana  46202
   Telephone:  (317) 721-9214
11 Facsimile:  (888) 422-3151
12
13 *Attorneys for Plaintiffs*

McNAMARA, NEY, BEATTY, SLATTERY,
 BORGES AND ARNBACHER

By:  /s/ Thomas G. Beatty, SBN #75794
   Thomas G. Beatty, SBN #75794
   Email: thomas.beatty@mcnamaralaw.com
   1211 Newell Avenue
   Walnut Creek, California  94596
   Telephone:  (925) 939-5330
   Facsimile:  (925) 939-0203

   Dennis P. Howell, SBN #78806
   Email: dphowell@grunskylaw.com
   Rosemary Rovick
   Email: rrovick@grunskylaw.com
   GRUNSKY, EBEY, FARRAR
     & HOWELL
   240 Westgate Drive
   Watsonville, California 95076
   Telephone: (831) 722-2444
   Facsimile:  (831) 722-6153

14
15 *Attorneys for Defendants Halcyon Horizons,*
   *Inc. dba Narconon of Northern California and*
16 *dba Narconon Redwood Cliffs*
17
18             **II.  PROPOSED] ORDER**
19     **IT IS SO ORDERED.**
20     Dated this _11th_ day of _December_, 20_15_.
21
22
23  _____
    UNITED STATES DISTRICT COURT
24
25  IT IS SO ORDERED
26  Judge Edward M. Chen
27
STIPULATION AND [PROPOSED] ORDER REGARDING THE AUTHENTICITY
AND ADMISSIBILITY OF CERTAIN DOCUMENTS - 3
CASE NO. 3:15-cv-01381-EMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

### LOCAL RULE 5-1(I)(3) STATEMENT

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for all parties, and that I will maintain records to support this concurrence by all counsel subject to this stipulation as required under the local rules.

DATED this 10th day of December, 2015.

TERRELL MARSHALL LAW GROUP PLLC


By:   /s/ Beth E. Terrell, SBN #178181
Beth E. Terrell, SBN #178181
Email:  bterrell@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603
Facsimile:  (206) 319-5450

*Attorneys for Plaintiffs*

STIPULATION AND [PROPOSED] ORDER REGARDING THE AUTHENTICITY
AND ADMISSIBILITY OF CERTAIN DOCUMENTS - 4
CASE NO. 3:15-CV-01381-EMC

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on December 10, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David C. Scheper, SBN #120174
Email:  dscheper@scheperkim.com
William H. Forman, SBN #150477
Email:  wforman@scheperkim.com
Gregory A. Ellis, SBN #204478
Email:  gellis@scheperkim.com
Margaret E. Dayton, SBN #274353
Email:  pdayton@scheperkim.com
SCHEPER KIM & HARRIS LLP
601 West 5th Street, 12th Floor
Los Angeles, California 90071
Telephone:  (213) 613-4682
Facsimile:  (213) 613-4656

*Attorneys for Defendants Narconon Int'l, Narconon Fresh Start d/b/a WarnerSprings and Association for Better Living and Education*

Dennis P. Howell, SBN #78806
Email:  dphowell@grunskylaw.com
Rosemary Rovick
Email:  rrovick@grunskylaw.com
GRUNSKY, EBEY, FARRAR & HOWELL
240 Westgate Drive
Watsonville, California 95076
Telephone: (831) 722-2444
Facsimile:  (831) 722-6153

Thomas G. Beatty, SBN #75794
Email:  thomas.beatty@mcnamaralaw.com
McNAMARA, NEY, BEATTY, SLATTERY, BORGES AND ARNBACHER
1211 Newell Avenue
Walnut Creek, California  94596
Telephone:  (925) 939-5330
Facsimile:  (925) 939-0203

*Attorneys for Defendants Halcyon Horizons, Inc. dba Narconon of Northern California and dba Narconon Redwood Cliffs*

STIPULATION AND [PROPOSED] ORDER REGARDING THE AUTHENTICITY AND ADMISSIBILITY OF CERTAIN DOCUMENTS - 5
CASE NO. 3:15-CV-01381-EMC

1    DATED this 10th day of December, 2015.

2                          TERRELL MARSHALL LAW GROUP PLLC

3

4                  By:   /s/ Beth E. Terrell, SBN #178181
                         Beth E. Terrell, SBN #178181
5                        Email:  bterrell@terrellmarshall.com
                         936 North 34th Street, Suite 300
6                        Seattle, Washington  98103-8869
                         Telephone:  (206) 816-6603
7                        Facsimile:  (206) 319-5450

8
                         *Attorneys for Plaintiffs*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND [PROPOSED] ORDER REGARDING THE AUTHENTICITY
AND ADMISSIBILITY OF CERTAIN DOCUMENTS - 6
CASE NO. 3:15-cv-01381-EMC