**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
WILLIAM H. FORMAN (State Bar No. 150477)
wforman@scheperkim.com
GREGORY A. ELLIS (State Bar No. 204478)
gellis@scheperkim.com
MARGARET E. DAYTON (State Bar No. 274353)
pdayton@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone:    (213) 613-4655
Facsimile:     (213) 613-4656

*Attorneys for Narconon Fresh Start, Association for Better Living and Education International, Narconon Western United States, and Narconon International*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHAN BURGOON and CALEB LANDERS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NARCONON OF NORTHERN CALIFORNIA d/b/a NARCONON REDWOOD CLIFFS, HALCYON HORIZONS, a California Corporation; NARCONON FRESH START d/b/a WARNER SPRINGS, a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL, a California Corporation; NARCONON WESTERN UNITED STATES, a California Corporation; NARCONON INTERNATIONAL, a California Corporation; and DOES 1-100, ROE Corporations I-X, inclusive,<br><br>Defendants. | CASE NO. 3:15-cv-01381 EMC<br><br>**DEFENDANTS' REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR JANUARY 4, 2016 TRIAL**<br><br>Date:     January 4, 2016<br>Time:    9:30 a.m.<br>Judge:   Hon. Edward M. Chen |

1   Defendants Narconon of Northern California d/b/a Narconon Redwood Cliffs, Halcyon
2   Horizons, Narconon Fresh Start d/b/a Warner Springs, Narconon International, Narconon Western
3   United States, and the Association for Better Living and Education International (collectively,
4   "Defendants") respectfully request permission to bring the following equipment into the
5   courthouse, and to possess and use that equipment for the presentation of evidence during the
6   Trial, scheduled for January 4, 2016, at 9:30 a.m.
7   The specific devices are as follows:
8   1. Up to eight laptop computers;
9   2. 1 19" LCD Monitor; and
10  3. Cables, peripherals, and power cords for the foregoing equipment.

DATED: December 10, 2015          SCHEPER KIM & HARRIS LLP
                                  DAVID C. SCHEPER
                                  WILLIAM H. FORMAN
                                  GREGORY A. ELLIS


                                  By:  /s/ Gregory A. Ellis
                                       Gregory A. Ellis
                                       *Attorneys for Attorneys for Narconon Fresh Start,*
                                       *Association for Better Living and Education*
                                       *International, Narconon Western United States,*
                                       *and Narconon International*


**ORDER**

For good cause shown, the foregoing requests are GRANTED.

IT IS SO ORDERED.

DATED: December 11, 2015

_____
THE HON. [...] M. CHEN
United [...]

*IT IS SO ORDERED*
*Judge Edward M. Chen*

1

*Burgoon v. Narconon, et al.*                    Case No.: 3:15-cv-01581EMC
DEFENDANTS' REQUEST AND [PROPOSED] ORDER RE: COURTROOM EQUIPMENT

## CERTIFICATE OF SERVICE

I, Pamela Tanigawa, hereby certify that on December 10, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Beth E. Terrell, SBN #178181
Email: bterrell@terrellmarshall.com
Mary B. Reiten, SBN #203142
Email: mreiten@terrellmarshall.com
Adrienne D. McEntee, SBN #34061
Email: amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

Michael F. Ram, SBN #104805
Email: mram@rocklawcal.com
Susan S. Brown, SBN #287986
Email: sbrown@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI
101 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

David E. Miller, SBN #294095
Email: david@sllawfirm.com
Syed Ali Saeed, Admitted *Pro Hae Vice*
Email: ali@sllawfirm.com
SAEED & LITTLE LLP
1433 North Meridian Street, Suite 202
Indianapolis, Indiana 46202
Telephone: (317) 721-9214
Facsimile: (888) 422-3151

*Attorneys for Plaintiffs*

Dennis P. Howell, SBN #78806
Email: dphowell@grunskylaw.com
Rosemary Rovick
Email: rrovick@grunskylaw.com
GRUNSKY, EBEY, FARRAR & HOWELL
240 Westgate Drive
Watsonville, California 95076
Telephone: (831) 722-2444
Facsimile: (831) 722-6153
Email: dphowell@grunskylaw.com

Thomas G. Beatty, Esq.
McNamara, Ney Beatty, Slattey, Borges and Ambacher
1211 Newell Ave
Walnut Creek, CA 94596
Tel: (925) 939-5330
Fax:(925) 939-0203
Email: Thomas.Beatty@mcnamaralaw.com

*Attorneys for Defendants Halcyon Horizons, Inc. dba Narconon of Northern California and dba Narconon Redwood Cliffs*

On December 10, 2015, I served a true copy of the foregoing document **BY MAIL**. I enclosed the document in a sealed envelope or package addressed to the following addressee::

> Rosemary Coron Llew Rovick
> Grunsky Ebey Farrar & Howell
> 240 Westgate Drive
> Watsonville, CA 95076

and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Scheper Kim & Harris's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on December 10, 2015.

*Pamela Tanigawa* (signature)
Pamela Tanigawa
SCHEPER KIM & HARRIS LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071

3

*Burgoon v. Narconon, et al.*                                           Case No.: 3:15-cv-01381EMC
DEFENDANTS' REQUEST AND [PROPOSED] ORDER RE: COURTROOM EQUIPMENT