UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN BURGOON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NARCONON OF NORTHERN CALIFORNIA, et al.,<br><br>Defendants. | Case No. 15-cv-01381-EMC<br><br>**ORDER RE JOINT DISCOVERY LETTER OF DECEMBER 17, 2015**<br><br>Docket No. 95 |

The parties have submitted a joint discovery letter, dated December 17, 2015. Having reviewed the contents of that letter, the Court hereby rules as follows. The subpoenas issued by Defendants are hereby quashed. Plaintiffs have standing to challenge the relevance of the discovery sought, as well as its proportionality. While the discovery has some probative value, it is minimal at best and thus the Court finds that the discovery is not proportional to the needs of the case and the scope of the hearing set by this Court. *See* Fed. R. Civ. P. 26(b)(1). This ruling, of course, does not bar Defendants from asking Dr. Smith (either in his deposition or at the bench trial) about what he "does to determine the capacity of his own addicted patients when executing contracts with his own affiliated treatment facilities." Letter at 5 (emphasis omitted).

This order disposes of Docket No. 95.

**IT IS SO ORDERED**.

Dated: December 18, 2015

_____
EDWARD M. CHEN
United States District Judge