OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** March 10, 2016  **FTR Time:** 9:46-10:20  **Judge:** EDWARD M. CHEN

**Case No.:** 15-cv-01381-EMC  **Case Name:** Burgoon et al. v. Narconon of Northern California, et al.

**Attorney for Plaintiff:** Susan Brown and Michael Ram
**Attorney for Defendant:** Gregory Ellis for Narconon of N. California
Lisa Roberts (Halcyon Horizons)

**Deputy Clerk:** Betty Lee  **Court Reporter:** N/A

PROCEEDINGS

CMC

SUMMARY

Parties to meet and confer regarding the outstanding settlement offer for Plaintiff Landers. Otherwise, Landers' arbitration claim shall be filed by 4/11/16. Stipulated amended complaint or motion for leave to file amended complaint shall be filed by 3/24/16. Parties shall meet and confer to agree on the choice of ADR and shall file a joint letter informing the Court their choice by 3/24/16. ADR is to be completed within 90 days.

Prior to ADR, each side may take 2 depositions each. Parties shall complete initial disclosures and documents exchange. Written discovery shall be limited to narrowly focused discovery to facilitate ADR. Any further discovery shall be taken pursuant to further order of the Court or stipulation.

Plaintiffs' motion for class certification shall be filed by 10/13/16. Opposition due 10/27/16. Reply due 11/3/16. Hearing set for 11/17/16 at 1:30 p.m.

Further CMC set for 7/28/16 at 10:30 a.m. An updated joint cmc statement shall be filed by 7/21/16.