| | |
|---|---|
| 1 | Michael F. Ram (SBN 104805) |
| 2 | mram@rocklawcal.com |
|   | Susan S. Brown (SBN 287986) |
| 3 | sbrown@rocklawcal.com |
|   | RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP |
| 4 | 101 Montgomery Street, Suite 1800 |
|   | San Francisco, California 94104 |
| 5 | Telephone: (415) 433-4949 |
| 6 | Facsimile: (415) 433-7311 |

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONNIE L. RANA and JAMIE KERZNER, on behalf of themselves and all others similarly situated, | Case No. 2:16-cv-02182-GW-RAO |
| Plaintiffs, | **PLAINTIFFS' OPPOSITION TO DEFENDANTS' NOTICE OF RELATED CASES** |
| vs. | **Assigned to: Hon. George H. Wu**<br>**Referred to: Hon. Rozella A. Oliver** |
| NARCONON OF NORTHERN CALIFORNIA d/b/a NARCONON REDWOOD CLIFFS, HALCYON HORIZONS, a California Corporation; NARCONON FRESH START d/b/a WARNER SPRINGS, a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL, a California Corporation; NARCONON WESTERN UNITED STATES, a California Corporation; NARCONON INTERNATIONAL, a California Corporation; and DOES 1-100, ROE Corporations I – X, inclusive, | **JURY TRIAL DEMANDED**<br><br>**Complaint Filed: March 25, 2015** |
| Defendants. | |

Case No: 2:16-cv-02182-GW-RAO -- PLAINTIFFS' OPPOSITION TO DEFENDANTS' NOTICE OF RELATED CASES

Pursuant to Local Rule 83-1.3.3, Plaintiffs Connie L. Rana and Jamie Kerzner oppose Defendant s' Notice of Related Cases.

Parties are required to notify the Court of potentially related cases where two or more cases: "(a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges." LR 83-1.3.1.

This case is a putative class action that alleges violations of California's consumer protection statutes and negligent misrepresentation. It alleges that Defendants misrepresent the success rate of the Narconon program and actively conceal the fact that the program is not secular, but is comprised of the tenets of the Church of Scientology. It is a consumer class action, and does not include any claims for personal injury, negligence, or breach of contract. It also expressly excludes from the class any person who signed an arbitration clause with Defendants.

Notably, none of the three cases Defendant seeks to relate are currently before this Court. *Lovett et al v. Association for Better Living and Educational International* ("*Lovett*") and *Nord-Shafer, et al v. Association for Better Living and Education, et al ("Nord-Shafer")* were ordered to arbitration more than a year ago, before the Court reached the merits. *Tyler, et al. v. Association for Better Living and Education, et al.* ("*Tyler*") was voluntarily dismissed in 2014, shortly after it was filed.

*Lovett* was an individual action brought by a former employee of a Narconon facility located in Michigan. Mr. Lovett is not a putative class member because he signed an arbitration agreement with a Narconon facility that is not a defendant in this action. Further, Mr. Lovett alleged (1) personal injury (liver disease) as a result of participation in the Narconon program and (2) breaches of the Fair Labor Standards Act from his subsequent time as an employee of the facility. The transactions at issue in *Lovett* are not "closely related" to this case, and the questions of law and fact differ significantly.

1   *Nord-Shafer* is also an individual action for personal injury concerning the same Michigan Narconon facility. The Plaintiffs are not putative class members as they signed an arbitration agreement with a Narconon facility that is not a defendant in this action. Like *Lovett,* this case was ordered to arbitration before the Court reached the merits. And, like *Lovett,* it concerns very different legal issues than *Rana* – Nord-Shafer seeks damages for personal injury and alleged breach of contract, negligence, premises liability, and common law fraud. They key factual issues (failure to provide appropriate medical supervision during detox and withdrawal; illness arising from the Narconon program itself and from unsafe food handling and/or other practices at the facility) are also different.

*Tyler* is also an individual personal injury action concerning the same Michigan facility. The *Tyler* action was voluntarily dismissed in November of 2014, within 3 months of filing, before the Court reached the merits.

In short, while these cases involve some of the same defendants, they are factually and legally very different from the *Rana* case; none of them are currently before the Court; and each of them was either dismissed or ordered to arbitration early in the proceedings. The risk of duplicative labor for the Court does not exist.

Dated: April 6, 2016         By:    /s/ Michael F. Ram
                                    Michael F. Ram (SBN 104805)
                                    mram@rocklawcal.com
                                    Susan S. Brown (SBN 287986)
                                    sbrown@rocklawcal.com
                                    RAM, OLSON, CEREGHINO & KOPCZYNSKI
                                    101 Montgomery Street, Suite 1800
                                    San Francisco, California  94104
                                    Telephone:  (415) 433-4949
                                    Facsimile:  (415) 433-7311

                                    Beth E. Terrell, SBN #178181
                                    Email:  bterrell@tmdwlaw.com
                                    Mary B. Reiten, SBN #203142
                                    Email:  mreiten@tmdwlaw.com
                                    TERRELL MARSHALL LAW GROUP PLLC

Case No: 2:16-cv-02182-GW-RAO -- PLAINTIFFS' OPPOSITION TO DEFENDANTS' NOTICE OF RELATED CASES

|   |   |
|---|---|
| 1 | |
| 2 | 936 North 34th Street, Suite 300 |
|   | Seattle, Washington  98103-8869 |
| 3 | Telephone:  (206) 816-6603 |
|   | Facsimile:  (206) 350-3528 |

936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528

Syed Ali Saeed, Admitted Pro Hac Vice
Email:  ali@sllawfirm.com
David E. Miller, SBN #294095
Email:  david@sllawfirm.com
SAEED & LITTLE LLP
1433 North Meridian Street, Suite 202
Indianapolis, Indiana  46202
Telephone:  (317) 721-9214
Facsimile:  (888) 422-3151
*Attorneys for Plaintiffs*

Case No: 2:16-cv-02182-GW-RAO -- PLAINTIFFS' OPPOSITION TO DEFENDANTS' NOTICE OF RELATED CASES