FILED
CLERK, U.S. DISTRICT COURT
APR - 7 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nathan Burgoon et al<br><br>v.<br><br>Narconon of Northern California et al<br><br>PLAINTIFF(S)<br>DEFENDANT(S). | CASE NUMBER<br><br>2:16-cv-02182 GW(RAOx)<br><br>ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 14-03<br>(RELATED CASES) |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

_____           Manuel L. Real
Date                              United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The new case involves a number of different causes of action and different plaintiffs involving many unique facts, such that it cannot be said that the two matters "[a]rise from the same or closely related transactions, happenings or event", or "call for determination of the same or substantially related or similar questions of law and fact". Additionally, our earlier case involved minimal labor as the case was sent to arbitration early in the case.

4-7-2016                          [signature]
Date                              United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case    2:14-cv-06430 R(RZx)    and the present case:

☑ A.  Arise from the same or closely related transactions, happenings or events; or

☑ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery maters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____NA_____ to Magistrate Judge _____NA_____.

On all documents subsequently filed in this case, please substitute the initials ___R___ after the case number in place of the initials of the prior judge, so that the case number will read ___2:16-cv-02182 R(RAOx)___ . This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ Previous Judge    ☐ Statistics Clerk

CV-34 (06/14)    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (Related Cases)